denied. Certiorari denied. JUSTICE BLACKMUN would deny the state habeas petition without prejudice to the presentation of claims on federal habeas.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 85–24.  MARYLAND v. ELFADL, 475 U. S. 1081;

No. 85–1096.  VAN SANT v. UNITED STATES POSTAL SERVICE ET AL., 475 U. S. 1082;

No. 85–1272.  MYER v. PACIFIC FEDERAL SAVINGS & LOAN ASSN., 475 U. S. 1084;

No. 85–1296.  ROSENBAUM v. ROSENBAUM, 475 U. S. 1078;

No. 85–5375.  BLANKS v. GEORGIA, 475 U. S. 1090;

No. 85–5729.  HOWELL v. MARYLAND, 475 U. S. 1110;

No. 85–5890.  BAIG v. UNITED STATES, 474 U. S. 1103;

No. 85–5920.  POOL v. ARMONTROUT, WARDEN, 475 U. S. 1110;

No. 85–5978.  CLARK v. STATE TREASURER'S OFFICE EMPLOYER ET AL., 475 U. S. 1024;

No. 85–6183.  IN RE MAY, 475 U. S. 1044;

No. 85–6224.  DRINKWINE v. FEDERATED PUBLICATIONS, INC., ET AL., 475 U. S. 1087;

No. 85–6229.  COLLINS v. GEORGIA, 475 U. S. 1090;

No. 85–6260.  LYNCH v. JOHNSON ET AL., 475 U. S. 1087;

No. 85–6310.  GREGORY v. SOLEM, WARDEN, 475 U. S. 1088;

No. 85–6311.  HOUGHTON v. CODER ET AL., 475 U. S. 1088;

No. 85–6367.  CHOAT v. ROME INDUSTRIES, INC., ET AL., 475 U. S. 1097;

No. 85–6375.  KNIES v. WISCONSIN, 475 U. S. 1110;

No. 85–6403.  DYSON v. TEXAS A & M UNIVERSITY, 475 U. S. 1113; and

No. 85–6460.  PURCELL ET UX. v. BOARD OF IMMIGRATION APPEALS, 475 U. S. 1098.  Petitions for rehearing denied.